ELSIE CUNNINGHAM, as Administratrix of the Estate of ELAINE J. CUNNINGHAM, Deceased, Appellant, *v.* CITY OF NIAGARA FALLS, Respondent.

(Argued December 9, 1935; decided January 8, 1936.)

*Francis T. Findlay* and *Bernard Sax* for appellant.

*Philip Halpern, Manly Fleischmann* and *Alger A. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.